7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Jay L Russell and Debbie K Russell
*Debtor*

**Missouri Department of Social Services**
    Plaintiff(s)

v.

**Debbie K Russell**
**Jay L Russell**
    Defendant(s)

*Bankruptcy Case No.*
15−60139−abf7

*Adversary Case No.*
15−06016−abf

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered in favor of the Plaintiff, Missouri Department of Social Services and against the Defendants, Debbie K. & Jay L. Russell as follows: The Debt Owed by the Defendants/Debtors to the The Plaintiff in the amount of $11,951.00 is Non−Dischargeable Under 11 U.S.C. § 523(a)(2).



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 8/25/15

Court to serve